JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN VOGEL,<br><br>    Plaintiff,<br><br>v.<br><br>JOJO'S CALIFORNIA FAMILY RESTAURANTS, INC. dba COCO'S #0861; LAKE/UNION LTD., LP,<br><br>    Defendants. | Case No. 2:12-cv-09132-MMM-MAN<br><br>[~~Proposed~~] ORDER RE: JOINT STIPULATION FOR DISMISSAL |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Martin Vogel and defendant Lake/Union Ltd., LP,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: November 22, 2013

*Margaret M. Morrow*
_____
United States District Judge